| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Gettleman, Robert W | 2. Court or Organization U. S. District, N.D. Illinois | 3. Date of Report 6/18/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 219 S. Dearborn St. Chambers 1788 Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | General Partner: Bob Jo Investments (passive investment partnership with Joel Rubin in single real estate venture; we each own 50% (Cont. in Part VIII) |
| 2. | General Partner: DP Partners (general passive investment partnership that owns condominium units in Philadelphia; ██████████ I own (Cont. in Part VIII) |
| 3. | Bolar & Co., Evanston, IL (Passive investments with ███████████ in limited partnerships & securities (listed in Part VII). (Cont. in Part VIII) |

2008 JUN 23 A 11: 03 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 6/18/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2007 | Northwestern University School of Law; taught courses | $ 4000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | LCSW, Private Social Work Practive |
| 2. 2007 | Teachers' Retirement Pension |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association, Section of Litigation | June 21-23, 2007 | Vancouver, BC | Editorial Board Meeting | Transportation, meals and room |
| 2. | American Bar Association, Section of Litigation | October 11-13, 2007 | Stowe, Vermont | Editorial Board Meeting | Transportation, meals and room) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 6/18/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 6/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. KeyBonus Deferred Annuity | C | Interest | L | T | | | | | |
| 2. Citibank (Chicago) | A | Interest | J | T | | | | | |
| 3. Bob Jo Investments (Real Estate) | | None | J | U | | | | | |
| 4. Morgan Stanley Liq. Asset Fund | A | Interest | J | T | | | | | |
| 5. MS Natural Resources | A | Dividend | K | T | | | | | |
| 6. Morgan Stanley Active Assets Money Trust | C | Interest | L | T | | | | | |
| 7. Ill. St. Civic CTR REF-SPL (Bond) | A | Interest | J | T | | | | | |
| 8. Illinois St. Gen. Oblig. (Bond) | A | Interest | J | T | | | | | |
| 9. Ill. Health Facs. Auth. (Bond) | A | Interest | J | T | | | | | |
| 10. Newmont Mining | A | Dividend | J | T | | | | | |
| 11. Sacred Silks | A | Dividend | J | T | | | | | |
| 12. Eldorado Gold CP | A | Dividend | J | T | | | | | |
| 13. Cedar Fair LP Dep Unit | A | Dividend | J | T | Buy | 12/20 | J | | |
| 14. Palatine GO | A | Interest | J | T | Buy | 7/16 | J | | |
| 15. Precision Drilling Corp | A | Interest | J | T | Buy | 12/20 | J | | |
| 16. Schering Plough Corp | A | Interest | J | T | Buy | 12/20 | J | | |
| 17. Washington Mutual Bank | A | Interest | J | T | Buy | 12/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 6/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Items 19 through 55 are Bolar investments. | | | | | | | | | |
| 19. Bravo Restaurants, Inc. | | None | K | W | | | | | |
| 20. Naperville Washington Venture | | None | M | U | | | | | |
| 21. Morgan Stanley Liq. Asset Fund | A | Dividend | J | T | | | | | |
| 22. Morgan Stanley Active Asset Trust | A | Dividend | J | T | | | | | |
| 23. Morgan Stanley Dev. Growth Fund | A | Dividend | J | T | | | | | |
| 24. Morgan Stanley Div. Growth Fund | A | Dividend/Cap | J | T | | | | | |
| 25. Barrick Gold Corp. | A | Dividend | J | T | | | | | |
| 26. Gold Corp | A | Dividend | | | Sell | 8/16 | J | A | |
| 27. Giga Tronics | A | Dividend | J | T | | | | | |
| 28. Glamis Gold Ltd | A | Distribution | J | T | | | | | |
| 29. HDFC Bank Ltd ADR | A | Dividend | J | T | | | | | |
| 30. Image Entertainment Inc New | A | Dividend | | | Sell | 6/25 | J | A | |
| 31. Miramar Mining Corp | A | Dividend | J | T | | | | | |
| 32. Newmont Mining Corp | A | Dividend | J | T | | | | | |
| 33. Nortel Networks | A | Dividend | | | Sell | 11/20 | J | A | |
| 34. Placer Dome Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 6/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Sun Microsystems, Inc. | A | Dividend | J | T | | | | | |
| 36. Unisyscorp | A | Dividend | J | T | | | | | |
| 37. 3Com Corp | A | Dividend | J | T | | | | | |
| 38. Aehr Test Systems | A | Dividend | | | Sell | 12/26 | J | A | |
| 39. Banro Corp | A | Dividend | J | T | | | | | |
| 40. Boston Scientific Corp | A | Dividend | | | Sell | 7/26 | J | A | |
| 41. China Unicom Ltd ADS | A | Dividend | J | T | | | | | |
| 42. Continental ALNS Inc CLB | A | Dividend | | | Sell | 5/14 | .J | A | |
| 43. Isis Pharm Inc | A | Dividend | J | T | | | | | |
| 44. Polymet Mining Corp | A | Dividend | J | T | | | | | |
| 45. Tanzanian Royalty Expl CP | A | Dividend | J | T | | | | | |
| 46. China Medical Tech ADS | A | Dividend | J | T | Buy | 9/27 | J | | |
| 47. Coeur D. Alene MNSCP | A | Dividend | J | T | Buy | 6/18 | J | | |
| 48. Dynamic Materials Corp | A | Dividend | J | T | Buy | 7/13 | J | | |
| 49. Echelon CP | A | Dividend | J | T | Buy | 1/30 | J | | |
| 50. Echelon CP | A | Dividend | J | T | Buy | 2/7 | J | | |
| 51. Ivanhoe Mines LTD | A | Dividend | J | T | Buy | 12/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 6/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Memc Electronic Materials, Inc. | A | Dividend | J | T | Buy | 12/20 | J | | |
| 53. Silver Wheaton Corp. | A | Dividend | J | T | Buy | 12/26 | J | | |
| 54. Teradyne Inc | A | Dividend | J | T | Buy | 12/20 | J | | |
| 55. Western Cooper Corp | A | Dividend | J | T | | | | | |
| 56. Start of IRA American Mutual Fund | C | Dividend | K | T | | | | | |
| 57. Amer. FDS Cap. Bldrs. | C | Dividend | K | T | | | | | |
| 58. Morgan Stanley Growth Fund of Amer. | C | Dividend | K | T | | | | | |
| 59. U.S. Treas. Bonds | A | Interest | L | T | | | | | |
| 60. Morgan Stanley U.S. Govt. Sec. | C | Dividend | M | T | | | | | |
| 61. Morgan Stanley Liq. Asset Fund | B | Dividend | K | T | | | | | |
| 62. Morgan Stanley European Growth | A | Dividend | K | T | | | | | |
| 63. Morgan Stanley Pacific Growth B | A | Dividend | J | T | | | | | |
| 64. Financing Corp CPN Strips Ser 1 INT PMT 10.000 2018 | A | Dividend | K | T | | | | | |
| 65. Lord Abbett | A | Dividend | K | T | | | | | |
| 66. Los Angeles CO CA Pension OBLIG CAP APPREC_C IBC | E | Dividend | | | Sell | 7/2 | J | A | |
| 67. Microvision Inc (Wash) | A | Dividend | J | T | | | | | |
| 68. Putnam Health Science Trust | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 6/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Sacramento Cnty Calif Go Pens FDG-A Taxable OY 7.53 BE | A | Dividend | J | T | | | | | |
| 70. Tenn VY Auth 6.75% 6-1-28 SR D | A | Dividend | J | T | | | | | |
| 71. Newmont Mining Corp | A | Dividend | J | T | | | | | |
| 72. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 73. Coeur D. Alene Mns Cp | A | Dividend | J | T | | | | | |
| 74. Sun Microsystems, Inc. | A | Dividend | J | T | | | | | |
| 75. SLM Corp Ser CPI/Floater | A | Dividend | J | T | | | | | |
| 76. World Finl Network Natl Bank Gahanna Oh CD | A | Dividend | J | T | | | | | |
| 77. Fed Natl Mtg Assn Set-Up 08/11/07 06.00 | A | Dividend | | | Sell | 8/16 | J | A | |
| 78. Intl Bk for Recon & Dev | A | Dividend | J | T | | | | | |
| 79. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 80. Raytheon Co (New) | A | Dividend | J | T | | | | | |
| 81. Western Silver Corp | A | Dividend | J | T | | | | | |
| 82. Diageo Plc Spon ADR New | A | Dividend | | | Sell | 8/16 | J | A | |
| 83. Dundee Precious Metals, Inc. | A | Dividend | J | T | | | | | |
| 84. Freescale Semi Inc. CLA | A | Dividend | J | T | | | | | |
| 85. HDFC Bank Ltd. | A | Dividend | | | Sell | 12/27 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 6/18/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Nortel Networks Corp New | A | Dividend | J | T | | | | | |
| 87. GMAC Bank CD | A | Interest | J | T | | | | | |
| 88. Amazon Com Inc. | A | Dividend | J | T | | | | | |
| 89. China Life Ins Coltd | A | Dividend | | | Sell | 5/17 | J | A | |
| 90. Deutsche Telekon ORD ABS AGI | A | Dividend | J | T | | | | | |
| 91. Devon Energy Corp New | A | Dividend | J | T | | | | | |
| 92. Dynamic Materials Corp | A | Dividend | J | T | Buy | 7/2 | J | | |
| 93. Eli Lilly & Co. | A | Dividend | J | T | | | | | |
| 94. Intel Corp | A | Dividend | J | T | | | | | |
| 95. Isis Pharm Inc. | A | Dividend | J | T | | | | | |
| 96. Ivanhoe Mines Ltd | A | Dividend | | | Sell | 7/27 | J | A | |
| 97. Las Vegas Sands Corp | A | Dividend | J | T | | | | | |
| 98. Miramar Mining Corp. | A | Dividend | J | T | | | | | |
| 99. Nanogen Inc. | A | Dividend | | | Sell | 5/14 | J | A | |
| 100. Radioshack Corp. | A | Dividend | | | Sell | 3/29 | J | A | |
| 101. Sanofi Aventis Ads | A | Dividend | J | T | | | | | |
| 102. Seabridge Gold Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 6/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Streetracks DJ Global Titans | A | Dividend | J | T | | | | | |
| 104. Tanzanian Royal Expl CP | A | Dividend | J | T | | | | | |
| 105. The Indian Fund Inc. | A | Dividend | J | T | | | | | |
| 106. Tibco Software Inc. | A | Dividend | J | T | | | | | |
| 107. Washington Mutual CD | A | Dividend | J | T | | | | | |
| 108. Capital One Bank | A | Dividend | | | Sell | 5/1 | J | A | |
| 109. Fremont Inv Co. | A | Dividend | | | Sell | 6/13 | J | A | |
| 110. Bank Hapoalim Fid | A | Dividend | J | T | | | | | |
| 111. American Mutual A | A | Interest | J | T | Buy | 12/14 | J | | |
| 112. Columbia Global Value B | A | Dividend | J | T | Buy | 7/17 | J | | |
| 113. Agnico Eagle Mines | A | Dividend | J | T | Buy | 7/17 | J | | |
| 114. Agnico Eagle Mines | A | Dividend | J | T | Buy | 9/10 | J | | |
| 115. Anglo American PLC ADR New | A | Dividend | J | T | Buy | 5/22 | J | | |
| 116. Banro Corp | A | Dividend | J | T | Buy | 10/17 | J | | |
| 117. Barrick Gold | A | Dividend | J | T | Buy | 9/10 | J | | |
| 118. Cubist Pharm | A | Dividend | J | T | Buy | 7/25 | J | | |
| 119. Dresser Rand | A | Dividend | J | T | Buy | 9/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 6/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Echelon | A | Dividend | J | T | Buy | 1/19 | J | | |
| 121. Echelon | A | Dividend | J | T | Buy | 2/20 | J | | |
| 122. Echelon | A | Dividend | J | T | Buy | 4/20 | J | | |
| 123. Elderado Gold | A | Dividend | J | T | Buy | 7/17 | J | | |
| 124. Itron | A | Dividend | J | T | Buy | 12/26 | J | | |
| 125. Indymac | A | Interest | J | T | Buy | 11/1 | J | | |
| 126. Lihir Gold Ltd ADR | A | Dividend | J | T | Buy | 7/17 | J | | |
| 127. Novagold | A | Dividend | J | T | Buy | 10/15 | J | | |
| 128. Proshares TR Real Estate Pro | A | Dividend | J | T | Buy | 10/27 | J | | |
| 129. Silver Wheaton Corp | A | Dividend | J | T | Buy | 10/15 | J | | |
| 130. Symyx Technologies | A | Dividend | J | T | Buy | 4/12 | J | | |
| 131. Yahoo | A | Dividend | J | T | Buy | 9/27 | J | | |
| 132. Yamana Gold | A | Dividend | J | T | Buy | 2/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II Agreements.

No. 1 : of one limited partnership interest).

No. 2: a 4.44% interest and have no role in management). This partnership terminated in 2007.

No. 3: We each own 50% of the partnership which owns passive limited partnership interest and a Morgan Stanley Active Assets account. Current value of Bolar & Co. is no more than $250,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 6/18/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544